No. A-637 (74-1056). DROBACK *v.* UNITED STATES. C. A. 9th Cir. Application for bail, presented to MR. JUSTICE DOUGLAS, and by him referred to the Court, denied.

No. A-697. DECHAMPLAIN *v.* LOVELACE ET AL. C. A. 8th Cir. Application for bail, presented to MR. JUSTICE STEWART, and by him referred to the Court, denied. MR. JUSTICE BRENNAN and MR. JUSTICE STEWART would grant the application.

No. A-721. UNITED STATES STEEL CORP. ET AL. *v.* RODGERS ET AL. Order heretofore entered on March 5, 1975, by MR. JUSTICE BRENNAN is vacated and application for recall and stay of mandate of the United States Court of Appeals for the Third Circuit denied.

No. A-725. FIRST AMERICAN BANK & TRUST CO. ET AL. *v.* ELLWEIN, STATE EXAMINER AND COMMISSIONER, DEPARTMENT OF BANKING AND FINANCIAL INSTITUTIONS, ET AL. D. C. N. D. Application for stay pending appeal, presented to MR. JUSTICE WHITE, and by him referred to the Court, denied.

No. 73-1869. BEER ET AL. *v.* UNITED STATES ET AL. Appeal from D. C. D. C. [Probable jurisdiction noted, 419 U. S. 822.] Motion of appellees for divided argument granted.

No. 74-7031. FOWLER *v.* NORTH CAROLINA. Sup. Ct. N. C. [Certiorari granted, 419 U. S. 963.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* granted and 15 minutes allotted for that purpose. Petitioner allotted 15 additional minutes for oral argument.